UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASHFORD HOSPITALITY TRUST, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CYGNUS CAPITAL, INC., CYGNUS CAPITAL ADVISERS, LLC, CYGNUS GENERAL PARTNERS, LLC, CYGNUS CAPITAL REAL ESTATE ADVISORS II, LLC, CYGNUS OPPORTUNITY FUND, LLC, CYGNUS PROPERTY FUND IV, LLC, CYGNUS PROPERTY FUND V, LLC, CHRISTOPHER SWANN, RICHARD BURNS, SHANNON JOHNSON, WILLIAM MILLER, JR., RODERICK NEWTON II, THORNTREE CAPITAL PARTNERS LP, THORNTREE CAPITAL MASTER FUND LP, THORNTREE CAPITAL GP LLC, and REBECCA HARVEY, <br><br> Defendants. | No. 3:21-cv-00125-M |

**<u>ORDER</u>**

On this day came before the Court Plaintiff Ashford Hospitality Trust, Inc.'s ("Ashford Trust") Unopposed Motion For Leave to File Under Seal. After consideration of the Motion, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Ashford Trust's Unopposed Motion For Leave to File Under Seal is GRANTED.

Signed this _____ day of _____, 2021

_____
Barbara M. G. Lynn, Chief Judge